# EXHIBIT 2

**Greystone Servicing Company LLC**
152 West 57th Street
New York, NY 10019
www.greystone.com

GREYSTONE

March 22, 2023

Jason Price
CONFI/PII [redacted]

***Via Email***

Dear Jason,

This letter confirms our offer of employment as an AVP, Junior Asset Manager with Greystone Serving Company LLC ("Greystone") reporting to Ryan Stephens as follows:

| | |
|---|---|
| Salary: | CONFI/PII [redacted] annually paid as part of our twice-monthly payroll, paid on the 15th and 30th of each month, subject to normal withholdings. |
| Start Date: | To be Determined. You will work from the Irving Office located at 5221 North O'Connor Blvd, Suite 800, Irving, TX 75039. |
| Discretionary Annual Bonus/Vesting: | You will be considered for a bonus, to be determined in the sole discretion of Greystone at the same time and in the same manner as other Greystone employees of similar rank and duties based on the work performed by you and Greystone's performance in the prior year. Bonus payments for the prior year are typically paid out the following year from April 15 through March 31 with interest in Greystone's discretion. Bonus payments that may be payable over time do not vest, rather, they are only payable for so long as you remain an employee of Greystone. Thus, an employee that leaves Greystone's employ with outstanding unvested bonus payments will have no right or recourse to same. |
| Benefits: | When you begin full-time employment, you will be eligible to receive all the benefits that other Greystone employees of similar rank and stature receive. Benefits are effective the first of the month after completing 30 days of employment. An overview of Greystone's benefit plans is attached. |
| Paid Time Off: | You will accrue 20 days of paid time off per calendar year. |

**Confidentiality**. You acknowledge that you may be furnished with or have access to confidential, proprietary, or trade secret information belonging to Greystone or any of its parents, subsidiaries, and affiliated entities (collectively, including Greystone, the "Greystone Entities"). You agree that you will protect the confidentiality of such information both during and after your employment with Greystone, for so long as it remains a trade secret and/or confidential. Your employment will be subject to the more detailed Confidential Information policy in Greystone's Employee Manual.

By signing below, you represent and warrant that (a) you are not bound by any agreement (such as a non-competition or non-solicitation agreement) that restricts you from becoming an employee of Greystone or from performing your job duties and responsibilities; and (b) you have not taken and do not possess any property or information belonging to any prior employer. You also agree you will not use or disclose any confidential information belonging to a third-party while acting within the scope of your job duties with Greystone. If you have concerns at any time about the matters in this paragraph, please immediately notify Cheryl Silverbrand.

**Non-Solicitation.** You agree that the services that you will render during your employment are unique, special, and of extraordinary character, that the Greystone Entities will be substantially dependent upon such services to develop and market its services and to earn a profit, and that the application of your knowledge and services to any competitive business would be substantially detrimental to the Greystone Entities. Accordingly, in further consideration for your employment by Greystone and the compensation and other benefits described herein, you agree that during the "Restricted Period," which is defined as the duration of your employment with Greystone (the "Employment Period") plus the twelve (12) month period immediately following the Employment Period, you will not, directly or indirectly:

(i) contact or communicate with any entities or individuals who were customers, clients, or investors of the Greystone Entities at any point during the Employment Period, and with whom you had material contact during that Employment Period (hereinafter "Restricted Contacts"), for the purpose of soliciting or encouraging those Restricted Contacts (a) to transact business that competes with the Greystone Entities or (b) to reduce/refrain from doing any business with the Greystone Entities; (ii) interfere with or damage any business relationship of the Greystone Entities, including, without limitation, any such relationships with Restricted Contacts, suppliers, vendors, consultants, attorneys, or other agents; or (iii) solicit, encourage, or influence any individual who is an employee or independent contractor of the Greystone Entities or was an employee or independent contractor of the Greystone Entities during the twelve (12) months preceding the date of your termination, to either (a) terminate his or her employment or independent contractor relationship with the Greystone Entities, (b) apply for or accept employment, work, or an independent contractor relationship with any person or entity other than the Greystone Entities, or (c) otherwise employ or retain any such individual.

You acknowledge that the covenants contained in the preceding paragraph are reasonable in temporal scope, and in all other respects. If any court determines that any of such covenants, or any part thereof, are unenforceable, then (1) the remainder of such covenants shall not be affected by such determination and (2) those of such covenants that are determined to be unenforceable because of the duration or scope thereof shall be reformed by the court to reduce their duration or scope only to the least extent required to render the same enforceable.

**Prior Legal Obligations**. By signing this letter, you confirm that you are not subject to any express or implied contractual or other legal obligations that would prohibit you from performing your position, or that would otherwise limit your ability to perform your duties. In the event that you are subject to such an agreement with a third party, such as a non-disclosure, non-competition, non-solicitation or other agreement, you represent and warrant that you will comply with all such obligations in connection with your employment with

Greystone. In addition, the Company recognizes that you may have confidential information belonging to another company or entity, including any prior or current employer. Greystone specifically requires that you not use, upload, copy or bring with you to Greystone, or disclose, any confidential information of any other company or entity, including any of your current or prior employers. Any violations of these requirements may result in discipline, up to and including immediate termination of employment.

**At-Will Employment.**

If you choose to accept this offer, please understand your employment is "at-will," voluntarily entered into, and is for no specific period. As a result, you are free to resign at any time, for any reason or for no reason. Similarly, Greystone is free to conclude its at-will employment relationship with you at any time, with or without cause.

If you are in agreement with these terms, please sign a copy of this letter and return to me via DocuSign. Upon acceptance, you will receive an email communication from our Onboarding team with instructions to begin completing your new hire documents.

We look forward to you joining the Greystone team! Please do not hesitate to contact me should you have any questions.

Sincerely,

GREYSTONE SERVICING COMPANY LLC

DocuSigned by:
Cheryl Silverbrand
57D6D9CAB9364C6...
Cheryl Silverbrand
Managing Director, Talent Acquisition

**Signed and Acknowledged**

All hiring and employment at Greystone is at will. I understand this offer of employment is not an employment contract, nor can it be used to create one. Employment by Greystone has no specific term and may be terminated by the employee or Greystone with or without notice. I acknowledge that Greystone has not made any promises or representations that differ from those contained in this paragraph.

DocuSigned by:
Jason Price
F29623283812458...
Jason Price