# EXHIBIT 5

GREYSTONE

# Employee Manual

Revised as of February 2023

Integrity Excellence Entrepreneurial Caring

WHERE PEOPLE MATTER

# CONFLICTS OF INTEREST AND CONFIDENTIALITY

## Confidential Information

An employee's employment with Greystone includes an obligation to maintain confidentiality, even after they leave our employ. Our clients and service providers entrust Greystone with important confidential information relating to their businesses. It is crucial that all Greystone employees protect this trust by maintaining strict confidentiality.

Confidential Information means any data or information with respect to the business conducted by Greystone that is material to Greystone's business operations and is not generally known to the public. Without limitation and to the extent consistent with the foregoing, Confidential Information includes any information that is confidential and proprietary to Greystone, including, but not limited to: (i) trade secrets; (ii) lists and other information about current and prospective clients or customers; (iii) plans or strategies for sales, marketing, or business development; (iv) sales and account records; (v) prices or pricing strategy or information; (vi) current and proposed advertising and promotional programs; (vii) research and development processes; (viii) Greystone's methods, systems, techniques, procedures, designs, formulae, inventions, and know-how; and (ix) other information of a similar nature not known to the public that, if misused or disclosed, could adversely affect Greystone's business. Confidential Information includes any such information that an employee may prepare or create during their employment with Greystone, as well as such information that has been or may be created or prepared by others. Confidential Information also includes the information of Greystone's businesses, customers, and other third parties that is entrusted by them to Greystone.

If an employee is questioned by someone outside the Company (other than a government agent as part of an investigation), or their department, and they are concerned about the appropriateness of giving them certain information, they are not required to answer. Instead, the employee should refer the request to their supervisor or other managerial contact.

No one is permitted to remove or make copies of any Greystone records, reports, or documents without prior management approval. Disclosure of Confidential Information can lead to disciplinary action, up to and including termination, as well as potential legal action.

Exception: Disclosure to the government as part of a complaint or government investigation is not prohibited. In addition, an individual shall not be held criminally or civilly liable under any federal or state trade secret law for the disclosure of a trade secret or other confidential information that (a) is made confidentially to a federal, state, or local government official, either directly or indirectly, or to an attorney, solely for the purpose of reporting or investigating a suspected violation of law, OR (b) is made in a complaint or other document filed under seal in a lawsuit or other proceeding. An individual who files a lawsuit for retaliation for reporting a suspected violation of law may disclose the trade secret/confidential information to the attorney of the individual and use the trade secret/confidential information in the court proceeding, if the individual files any document containing the trade secret/confidential information under seal and does not disclose the trade secret/confidential information, except pursuant to court order.

## Conflict of Interest

During employment by Greystone, employees are not permitted to engage in any consulting, employment, occupation or business activity or enterprise other than for Greystone that is in competition with Greystone or that interferes with their duties with Greystone, without the express written consent of their supervisor