# EXHIBIT 8

**From:** Steve Rosenberg <Steve.Rosenberg@greyco.com>
**Sent:** Friday, October 31, 2025 1:52 PM
**To:** David King; Karla McLaughlin
**Subject:** Re: CIII

Karla, please schedule a video call with David possibly for tomorrow afternoon.
Sent from my iPhone

On Oct 30, 2025, at 6:07 PM, David King <David.King@greyco.com> wrote:

Wow – what an honor to be on the Tel Aviv stock exchange. Congrats and good luck securing future funding!

Appreciate your thoughtfulness immensely Steve – thank you. Happy to have a conversation with you anytime.

**David King**
301.219.4384

---

**From:** Steve Rosenberg <Steve.Rosenberg@greyco.com>
**Sent:** Thursday, October 30, 2025 10:46 AM
**To:** David King <David.King@greyco.com>
**Cc:** Karla McLaughlin <Karla.McLaughlin@greyco.com>
**Subject:** Re: CIII

David,

Sorry for the delayed response.
I am in Israel to thank the investors in our bond offering on the Tel Aviv stock exchange as well as to talk about raising additional for our various platforms.

David, I would never want to restrict you in any way and want to continue working with you either in your current capacity or in some other.

I appreciate you reaching out, but I never want to put you or your family in any sort of uncomfortable restricted position.

I'll be returning to New York Friday morning, tomorrow and if you'd like to have a conversation on this topic, I'm more than happy to do so.
I want you and your family to feel very comfortable.

Warmly,
Steve

Sent from my iPhone

On Oct 28, 2025, at 11:26 PM, David King <David.King@greyco.com> wrote:

Steve – I'll keep it short and sweet. First, I'd like to thank you and Greystone for giving me the platform to accelerate my career. For that, my family and I are eternally grateful.

I am hopeful that the CIII deal goes through. It's a great price to a logical buyer. In all likelihood, there won't be a job for me in that new organization as the situation between me and Jenna has become untenable. I can explain further if you're interested but it is not overly relevant to you unless the sale falls through – then it becomes entirely relevant.

I'm wondering if you would be willing to release me from the non-solicit in my contract in the event the CIII sale goes to hard contract at the end of the exclusivity period. I am not trying to make a mess of the sale, I want it to go through -- it is an excellent business decision for the firm. I will ensure, to the best of my ability, that CIII gets comfortable with our client base and their intention to retain the Dallas based SS.

I'm not quitting. However, for the sake of my family, I would love to be able to keep my options open should a job not be available at CIII (I haven't gotten one call from that group which seems illogical). I'm very open to continuing to work for Greystone. I don't want you to take this note the wrong way. That said, I'm not sure if there is a job once we exit the business line (though my skill set lends itself far past special servicing).

Lots more to say but I promised I'd keep it short and you have the ask in the first line of the third paragraph!

I sincerely appreciate your consideration, Steve.

**David King**
301.219.4384