# EXHIBIT 9

**Archived:** Friday, June 12, 2026 2:53:49 PM
**From:** David King David King
**Mail received time:** Mon, 13 Oct 2025 20:13:01
**Sent:** Mon, 13 Oct 2025 20:13:00
**To:** David King David King
**Subject:** DAT
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Stream_Autocomplete_0_4DDD88DDF74F9E4AB4DA5DA12B203D0C.dat;

---

**David King** | **Managing Director**
Greystone | www.greyco.com
152 West 57th Street, 60th Floor, New York, NY, 10019
david.king@greyco.com | m: 301.219.4384
**VIEW MY PROFILE**

* * * * * * * * * * *
NOTICE: This e-mail and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify us by return e-mail and delete it. If this e-mail contains a forwarded e-mail or is a reply to a prior email, the contents may not have been produced by the sender and therefore we are not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by Greystone for any loss or damage arising in any way from its use.
* * * * * * * * * * *