# EXHIBIT 11

**From:** David King David King
**Mail received time:** Thu, 6 Nov 2025 02:15:57
**Sent:** Thu, 6 Nov 2025 02:15:57
**To:** David King David King
**Subject:** Fw: Executed LOI -- Island Capital and Greystone Special Servicing
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Top_20_SS_Loans_by_Fees_10.31.2025.xlsx;

---

David King
301-219-4384

---

**From:** Allison DeLong <Allison.DeLong@greyco.com>
**Sent:** Wednesday, November 5, 2025 8:47:44 PM
**To:** Ben Taylor <Ben.Taylor@greyco.com>; Tina Brugno <Tina.Brugno@greyco.com>; Jenna Unell <Jenna.Unell@greyco.com>; Greg Lyss <Greg.Lyss@greyco.com>; David King <David.King@greyco.com>; Rob Russell <Rob.Russell@greyco.com>
**Cc:** Gary Levine <Gary.Levine@greyco.com>
**Subject:** RE: Executed LOI -- Island Capital and Greystone Special Servicing

[redacted]

---

**From:** Ben Taylor <Ben.Taylor@greyco.com>
**Sent:** Wednesday, November 5, 2025 1:51 PM
**To:** Allison DeLong <Allison.DeLong@greyco.com>; Tina Brugno <Tina.Brugno@greyco.com>; Jenna Unell <Jenna.Unell@greyco.com>; Greg Lyss <Greg.Lyss@greyco.com>; David King <David.King@greyco.com>; Rob Russell <Rob.Russell@greyco.com>
**Cc:** Gary Levine <Gary.Levine@greyco.com>
**Subject:** Re: Executed LOI -- Island Capital and Greystone Special Servicing

[redacted]

**Ben Taylor**

540.359.7464

ben.taylor@greyco.com

---

**From:** Allison DeLong <Allison.DeLong@greyco.com>
**Sent:** Wednesday, November 5, 2025 2:24 PM
**To:** Ben Taylor <Ben.Taylor@greyco.com>; Tina Brugno <Tina.Brugno@greyco.com>; Jenna Unell <Jenna.Unell@greyco.com>;