# EXHIBIT 14

**From:** David King
**Mail received time:** Fri, 21 Nov 2025 22:55:01
**Sent:** Fri, 21 Nov 2025 22:55:00
**To:** dtking915@gmail.com
**Subject:** Greystone_Bond_Portfolio.xlsx
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Greystone_Bond_Portfolio.xlsx;

---

* * * * * * * * * * * *
NOTICE: This e-mail and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it. Please immediately notify us by return e-mail and delete it. If this e-mail contains a forwarded e-mail or is a reply to a prior email, the contents may not have been produced by the sender and therefore we are not responsible for its contents.

This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by Greystone for any loss or damage arising in any way from its use.
* * * * * * * * * * * *