# EXHIBIT 15

152 W 57th St Fl 60
New York NY 10019
P: 212-649-9700

GREYSTONE

February 12, 2026

Jason Price
CONFI/PII [redacted]

Via Email

Re: Violation of Non-Solicitation Covenant

Dear Mr. Price:

Greystone Servicing Company LLC ("Greystone") writes regarding your obligations under the March 22, 2023 employment agreement you executed in connection with your employment as AVP, Junior Asset Manager.

As you are aware, your agreement contains a twelve (12) month post-employment non-solicitation covenant (the "Restricted Period"). Specifically, during the Restricted Period you agreed that you would not, directly or indirectly, solicit, encourage, or influence any Greystone employee to terminate his or her employment or to apply for or accept employment with another entity.

Greystone has learned that during the Restricted Period you contacted Debra Cook, a current Greystone employee, to solicit her to leave Greystone and join your new employer, CW. This conduct constitutes a clear and material breach of your contractual obligations.

Your actions are in direct violation of the express terms of your agreement, which prohibit you from soliciting any individual who is an employee of Greystone or who was an employee during the twelve (12) months preceding your termination.

Accordingly, Greystone hereby demands that you:

1. Immediately cease and desist from any further direct or indirect solicitation, communication, or contact with any Greystone employee for purposes of recruitment or employment with CW or any other entity;
2. Confirm in writing that you will comply fully with your contractual obligations; and
3. Provide written confirmation that you have not solicited any other Greystone employees, and if you have, identify those individuals and the dates of such communications.

Greystone reserves all rights and remedies available to it at law and in equity, including but not limited to seeking injunctive relief, damages, attorneys' fees, and any other appropriate relief should you fail to comply with your contractual obligations. Nothing in this letter constitutes a waiver of any rights, claims, or causes of action Greystone may have.

Please direct your written confirmation to the undersigned.

Sincerely,

GREYSTONE SERVICING COMPANY LLC

By: DocuSigned by: Victoria Spevacek
8723312C66E1499...
Name: Victoria Spevacek
Title: Chief Human Resources Officer