# EXHIBIT 16

152 W 57th St Fl 60
New York NY 10019
P: 212-649-9700

GREYSTONE

February 12, 2026

**By Electronic Mail and UPS**

CW Financial Services LLC
900 19th St NW
8th Floor
Washington, DC 20006
info@cwcapital.com
Attention: General Counsel

**Re: Jason Price**

To Whom it May Concern:

We write to inform you of the continuing contractual obligations of current CW ("CW") employee, and former Greystone Servicing Company LLC ("Greystone" or the "Company") employee, Jason Price.

Specifically, Mr. Price is bound by non-solicitation obligations pursuant to his Employment Agreement with Greystone, dated March 22, 2023 (the "Agreement"), which are as follows:

> **Non-Solicitation**. During the "Restricted Period," which is defined as the duration of your employment with Greystone (the "Employment Period") plus the twelve (12) month period immediately following the Employment Period …, you agree to the following:
>
> You will not, directly or indirectly. . . (iii) solicit, encourage, or influence any individual who is an employee or independent contractor of the Greystone Entities during the twelve (12) months preceding the date of your termination to either (a) terminate his or her employment or independent contractor relationship with the Greystone Entities, (b) apply for or accept employment, work, or an independent contractor relationship with any person or entity other than the Greystone Entities, or (c) otherwise employ or retain any such individual.

The Company is contacting you about Mr. Price's obligations because it recently learned that since working for CW, Mr. Price continues to be in contact with at least one of Greystone's current employees, Debra Cook, relating to an opportunity for her to work for CW. As such, Greystone asks that you instruct Mr. Price to immediately cease and desist from contacting or communicating with the Company's employees for the purpose of soliciting them to work for CW or otherwise in contravention

GREYSTONE

of the Agreement. Finally, Greystone requests that you preserve any and all documents and communications relating to these issues.

All rights reserved.

Sincerely,

Signed by:
B0CB4080B538453...

Lisa Schwartz,
Vice President and General Counsel