# EXHIBIT 17

| | |
|---|---|
| **From:** | David King <dking@cwcapital.com> |
| **Sent:** | Tuesday, May 19, 2026 8:48 AM |
| **To:** | Greg Frederking; Gina Gatti; Alejandro Canavati |
| **Subject:** | Fw: catch up this week? |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

You don't often get email from dking@cwcapital.com. Learn why this is important

Let's find some time to chat today - I've been thinking about prime.

We have so much data that I'm wondering if we can't create a predictive watch list component using like kind assets that have transferred  - using Claude. I'll explain more but wanted to remind myself of thoughts from last night.

David King
301-219-4384

**From:** Lyndsay Stephenson <lstephenson@primefinance.com>
**Sent:** Tuesday, May 19, 2026 8:40 AM
**To:** David King <dking@cwcapital.com>
**Subject:** Re: catch up this week?

Ha I'm intrigued. Let's chat. This week not bad so can chat this morning, tomorrow morning or really any time Thurs.

Lyndsay Stephenson
Managing Director, Head of CMBS B-Piece Investing

e  lstephenson@primefinance.com
o  212-896-0007
m  774-238-0629
www.primefinance.com

**From:** David King <dking@cwcapital.com>
**Sent:** Monday, May 18, 2026 7:00:36 PM
**To:** Lyndsay Stephenson <lstephenson@primefinance.com>
**Subject:** catch up this week?

*[external]*

I want to create a program around you guys. Soup to nuts - I know you need more from us on the underwriting side. I'm able and willing to go all in on this from the credit side and serve as a full-on pool

1

administrator that has ready every ASR, asked every question, relay corresponding answers / problems and, most importantly,  attempt to calm the storm from your end.


I'm in a much better space to produce that for you guys now that I've been here longer than 15 days (5C14). I'll bring it back to the OG days ... just give me the word.

We just brought Greg over for the AM component and we are doing some diabolical stuff on that front.

If you need me to hire on the UW side we will do that.

We can literally create the program you need on both the UW and AM side - CW is pretty cool like that.

This was more salesy than I ever wanted to be in my life ... but there is motivation and truth behind it.

Really enjoy working with you guys.

**David King**
**Managing Director**
900 19th Street NW 8th Floor | Washington, DC 20006
D: 301-219-4384
www.cwcapital.com | www.realinsight.com www.rimarketplace.com

2