# EXHIBIT 19

JacksonLewis

**Jackson Lewis P.C.**
11790 Sunrise Valley Drive
Suite 400
Reston VA 20191
(703) 483-8300 Main
(703) 483-8301 Fax
jacksonlewis.com

THOMAS P. MURPHY
(703) 483-8305 DIRECT
THOMAS.MURPHY@JACKSONLEWIS.COM

****** CEASE AND DESIST ******

****** CONFIDENTIAL ******

May 27, 2026

**VIA EMAIL AND FEDERAL EXPRESS**

Mr. Greg Frederking
CONFI/PII [redacted]

**Re: Investigation of Compliance with Your Non-Solicitation Obligations to Greystone**

Dear Mr. Frederking:

This firm represents Greystone Servicing Company LLC and its affiliates ("Greystone" or the "Company").

Greystone has engaged this firm to investigate your pre-resignation actions and your post-employment actions with respect to compliance with the terms and obligations (including non-solicitation) as agreed to by you in consideration, and at the inception, of your employment with Greystone, as well as your duty of confidentiality with respect to confidential and/or proprietary information you obtained while you were a Greystone employee (as the same may have been amended, supplemented or modified, the "Agreement"). Particular focus is on your actions while employed with CWCapital Asset Management LLC (or its affiliate, as may be applicable, "CWCapital").

Your non-solicitation obligations under the Agreement are clearly spelled out as follows:

> "**Non-Solicitation**. During the 'Restricted Period,' which is defined as the duration of your employment with Greystone (the 'Employment Period') plus the twelve (12) month period immediately following the Employment Period ... [you] will not, directly or indirectly: (i) contact or communicate with any entities or individuals who were customers, clients, or investors of the Greystone Entities at any point during the Employment Period, and with whom you had material contact during that Employment Period (hereinafter 'Restricted Contacts'), for the purpose of soliciting or encouraging those Restricted Contacts (a) to transact business that competes with the Greystone Entities or (b) to reduce/refrain from doing any business with the

> Greystone Entities; (ii) interfere with or damage any business relationship of the Greystone Entities, including, without limitation, any such relationships with Restricted Contacts . . . (iii) solicit, encourage, or influence any individual who is an employee or independent contractor of the Greystone Entities during the twelve (12) months preceding the date of your termination to either (a) terminate his or her employment or independent contractor relationship with the Greystone Entities, (b) apply for or accept employment, work, or an independent contractor relationship with any person or entity other than the Greystone Entities, or (c) otherwise employ or retain any such individual."

In addition, you agreed by acceptance of Greystone employment to keep confidential the Company's trade secrets and confidential and proprietary information ("Confidential Information") both during and after your employment with Greystone. As most applicable here, that protected Confidential Information includes the due diligence materials, contract terms and other information related to the pending sale of substantially all of the assets of Greystone's special servicing business, to which we are advised, you had access prior to resigning your Greystone employment this month.

While our investigation is ongoing, we believe there is credible proof of your knowledge and complicity of the wrongful solicitation of Greystone clients and disclosure of confidential information related to the pending asset sale. If such wrongful actions are proven, this makes you, at best, complicit in illegal activity, but more likely a co-conspirator with respect to such wrongful acts. If our investigation uncovers credible evidence that, while employed at CWCapital (or in the course of discussion of employment with CWCapital while still a Greystone employee) and within the restricted period under the non-solicitation provision of your Agreement, you contacted a Greystone employee with the intention to solicit them to leave Greystone and/or you contacted any customer of Greystone with the intention of having them leave Greystone, or if you otherwise participated in illegal activity in breach of your obligations, it is Greystone's intention to hold you personally liable for any and all damages caused by such wrongful acts and to take any and all appropriate legal action to protect Greystone's interests.

Accordingly, Greystone hereby demands that you:

1. Immediately cease and desist from any further direct or indirect solicitation of, communication to, or contact with any Greystone employee for purposes of recruitment or employment with CWCapital or any other entity;

2. Immediately cease and desist from any further direct or indirect solicitation, communication, or contact with any Restricted Contact for any purpose;

3. Immediately cease and desist from using Greystone's Confidential Information;

4. Confirm in writing that you will comply fully with your contractual obligations; and

5. Provide written confirmation that you have not solicited any other Greystone employees or Restricted Contacts, and if you have, identify those individuals and the dates of such communications.

Please take notice that you have a duty under applicable law to preserve any and all documents and communications relating to these issues, including those on any personal devices, and destruction thereof is a separate actionable act.

Greystone expressly reserves all of its rights and remedies, whether pursuant to the Agreement, at law, in equity or otherwise, including but not limited to injunctive relief, monetary damages, attorneys' fees, and any other appropriate relief should you fail to comply with your contractual and legal obligations. Nothing in this letter shall constitute a waiver or release of any rights, claims, or causes of action Greystone may have, all of which are expressly reserved.

If you have counsel, please forward this letter to them and have them contact us by no later than May 29, 2026.

Very truly yours,

**JACKSON LEWIS P.C.**

Thomas P. Murphy
Joseph E. Schuler

cc: Greg Lyss, Greystone
Nelson Phelps, CWCapital