# EXHIBIT 22

JacksonLewis

**Jackson Lewis P.C.**
11790 Sunrise Valley Drive
Suite 400
Reston, VA 20191
(703) 483-8300 Main
jacksonlewis.com

DIRECT DIAL: (703) 483-8305
E-MAIL: THOMAS.MURPHY@JACKSONLEWIS.COM

******CONFIDENTIAL******

May 27, 2026

**VIA FEDERAL EXPRESS**

Mr. Nelson Phelps
Managing Director and General Counsel
CWCapital Asset Management LLC
900 19th St NW
8th Floor
Washington, DC 20006
Email: NPhelps@cwcapital.com

**Re: CWCapital Asset Management LLC theft of business from and illegal employee raiding targeting Greystone Servicing Company**

Dear Mr. Phelps:

This firm represents Greystone Servicing Company LLC, and its affiliates ("Greystone" or the "Company"). Greystone is investigating the actions of its former employees, David King, Jason Price, Mary English, and Greg Frederking. We understand that CWCapital Asset Management LLC ("CWCapital") now employs each of these named individuals, who have left the Company within the past few weeks or months to perform services for CWCapital in direct competition with Greystone.[1] This letter serves as notice to CWCapital of these individuals' possible misconduct, on behalf of CWCapital, both with respect to their respective obligations under their Employment Agreements (as defined below) and under statutory and common law. We assume you are aware, but will specifically advise you to avoid all doubt, that, despite Greystone previously putting CWCapital on notice by letter dated February 12, 2026, of misconduct by Jason Price directed at Greystone on behalf of CWCapital, the misconduct has not ceased.

In connection with his or her employment with the Company, each of these employees entered into an Employment Agreement (individually, an "Employment Agreement" and

[1] We are further advised that there is information indicating that CWCapital has attempted to hire or is considering hiring additional Greystone employees who are, like those named, subject to agreements that govern certain post-employment activities.

collectively, the "Employment Agreements"), by which he or she agreed to express non-solicitation obligations, including the following:

> "**<u>Non-Solicitation</u>**. During the 'Restricted Period,' which is defined as the duration of your employment with Greystone (the 'Employment Period') plus the twelve (12) month period immediately following the Employment Period . . . [that you]will not, directly or indirectly: (i) contact or communicate with any entities or individuals who were customers, clients, or investors of the Greystone Entities at any point during the Employment Period, and with whom you had material contact during that Employment Period (hereinafter 'Restricted Contacts'), for the purpose of soliciting or encouraging those Restricted Contacts (a) to transact business that competes with the Greystone Entities or (b) to reduce/refrain from doing any business with the Greystone Entities; (ii) interfere with or damage any business relationship of the Greystone Entities, including, without limitation, any such relationships with Restricted Contacts . . . (iii) solicit, encourage, or influence any individual who is an employee or independent contractor of the Greystone Entities during the twelve (12) months preceding the date of your termination to either (a) terminate his or her employment or independent contractor relationship with the Greystone Entities, (b) apply for or accept employment, work, or an independent contractor relationship with any person or entity other than the Greystone Entities, or (c) otherwise employ or retain any such individual."

We are advised that these former Greystone employees have engaged in actions which are in violation of his or her Employment Agreement, and applicable statutory and common law. While our investigation is ongoing, Greystone is aware of information that, in good faith, indicates violations of law by some or all of these employees in support of his or her service to CWCapital, including the following:

- Mr. King recently communicated through his CWCapital email domain with Prime Financial, a current Greystone client for which Greystone performs b-piece underwriting services and special servicing for certain contracts Prime controls that "***we just brought Greg over for the AM component and we are doing some diabolical stuff on that front.***"

- Mr. King thereafter communicated via email to "Greg" (Mr. Frederking) on the latter's second day of employment after being solicited to join CWCapital that "***I've been thinking about prime.***"

- The next day following the above email, Greystone received notice that its client, Prime Financial, was moving special servicing assignments for the securitizations controlled by Prime from Greystone to CWCapital.

- Upon information and belief, Mr. Frederking was targeted by CWCapital and these former Greystone employees based on information provided by David King to support

CWCapital's solicitation of Prime and 400 Capital and induce these clients to move their business away from Greystone and to CWCapital.

- Greystone has now learned that 400 Capital intends to remove Greystone as special servicer from six securitizations, which 400 Capital controls, and to replace Greystone with CWCapital.

- Upon information and belief, Mr. King solicited or supported the solicitation of Mr. Price to resign from Greystone and commence employment with CWCapital in or about December, 2025.

- Upon information and belief, after being solicited by Mr. King and induced to leave Greystone and join CWCapital, Mr. Price then solicited at least three (3) Greystone employees to leave Greystone for employment with CWCapital, including Ms. English, who resigned from Greystone in February, 2026.

- Upon information and belief, each of Ms. English and Mr. Price, have contacted at least one (1) other employee of Greystone for the purpose of soliciting and inducing that person to resign from Greystone for employment at CWCapital.

As our investigation continues, our client is confident that the foregoing pattern of illegal activity undertaken by Mr. King, Mr. Price, Mr. Frederking, and perhaps Ms. English, all in service to CWCapital, will establish that they have effectively been in breach of their Employment Agreements and violating applicable law at least since joining CWCapital. Further, our ongoing investigation indicates that one or more of them may have violated the Virginia Business Conspiracy Act (or caused CWCapital to violate it) as well as numerous common law duties and obligations including misuse of confidential information. As a direct result of the foregoing illegal conduct, Greystone has been harmed and continues to be harmed.

In particular, Greystone is harmed due to the wrongful solicitation of business from Greystone clients inducing them to replace Greystone as special servicer with CWCapital, resulting in a loss of revenue. Greystone is further harmed due to the wrongful solicitation of Greystone employees, which impacts the value of the special servicing assets that are currently under contract to be sold to a third party. Mr. King and Mr. Frederking both had access to confidential information related to the sale and the terms of the contract. Mr. King in particular had access to the due diligence materials for the sale transaction, which included portfolio details, client contract details and the details of every employee's compensation. That contract is potentially jeopardized through CWCapital's raiding of Greystone employees in breach of Greystone employees' non-solicitation agreements of which CWCapital was on notice. In addition, these former Greystone employees' breach of confidentiality and their non-solicitation agreements will result in the loss of assets representing more than $5.4 billion in Greystone's special servicing portfolio. These losses have a direct and inevitable impact on Greystone revenue from special servicing, the special servicing business's value and on the pending asset sale transaction. Simply put, should the pending third party sale fail to close, this is tortious interference.

JacksonLewis



Greystone will consider pursuing any and all necessary action against CWCapital and any of its employees who have breached their obligations to Greystone that may be available to it, at law. in equity or otherwise as a result of the tortious conduct, breaches of contractual obligations, and misuse of confidential information, including, but not limited to actions for damages resulting from CWCapital's and its employees' wrongful actions.

On behalf of Greystone, we renew its February 12th notice that CWCapital preserve any and all documents and communications relating to these issues.

Please have your counsel contact us by no later than May 29, 2026.

Very truly yours,

**JACKSON LEWIS, P.C.**

Thomas P. Murphy
Joseph E. Schuler

cc: James Shevlin, President
CWCapital Asset Management

Greg Lyss, Co-COO
Greystone