**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| GREYSTONE SERVICING COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CWCAPITAL ASSET MANAGEMENT LLC and DAVID KING,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-02014 |

**EMERGENCY MOTION FOR**
**<u>TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Greyston Servicing Company, LLC. ("Greystone") respectfully submits this Emergency Motion for Temporary Restraining Order and Preliminary Injunction seeking a temporary restraining order and preliminary injunction against Defendants CWCapital Asset Management, LLC ("CW") David King. For the reasons set forth in the accompanying Memorandum in Support, Greystone requests immediate relief in the form of the order attached hereto as Exhibit 1 or an *ex parte* hearing as soon as counsel may be heard on the matter of enjoining and restraining Defendants as follows:

1. Enjoining Defendant King, and any person that he manages, supervises, or directs, including without limitation any officer, agent, employee and/or representative of CW, from soliciting or inducing, or attempting to solicit or induce, directly or indirectly, any of Greystone's employees, to end or alter his or her relationship with Greystone;

2. Enjoining Defendant King and any person that he manages, supervises, or directs, including without limitation any officer, agent, employee and/or representative of CW, from soliciting or inducing, or attempting to solicit or induce, directly or indirectly, any of Greystone's customers or clients ("Restricted Contacts") to end or alter his, her, or its relationship with Greystone;

3. Requiring Defendant King to furnish to Greystone a list of all Restricted Contacts with whom he, or any individual acting on his behalf, has contacted or otherwise communicated with since November 2025, including the date, time, manner, and substance of those contacts;

4. Enjoining Defendants from accessing, using, disclosing, modifying or deleting any Greystone confidential, proprietary, and/or trade-secret information in their possession, custody, or control;

5. Enjoining Defendant King from performing any work for Restricted Contacts on behalf of CW; and

6. Greystone further seeks an Order requiring Defendants to preserve and make available to Greystone for immediate forensic examination all electronic devices, including cell phones, computers (laptop or desktop), tablets, and storage devices, including personal electronic devices, whether they are utilized at Defendant King's residence, at CW, or elsewhere.

WHEREFORE, for the reasons set for herein, and supported by the attached Memorandum, exhibits and Verified Complaint, Greystone respectfully requests that the Court grant its Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Dated: July 7, 2026

Respectfully submitted,

/s/ *Jon M. Talotta*

Jon M. Talotta (VSB No. 44590)
Samuel W. Yergin (VSB No. 93862)
HOGAN LOVELLS CADWALADER US LLP
8350 Broad Street, 17th Floor
Tysons, VA 22102
Tel: 703-610-6100
Fax: 703-610-6200
jon.talotta@hlc.com
samuel.yergin@hlc.com

Michael E. DeLarco (*pro hac vice* forthcoming)
HOGAN LOVELLS CADWALADER US LLP
390 Madison Ave.
New York, NY 10017
Tel: 212-918-3000
Fax: 212-918-3100
michael.delarco@hlc.com

Andrew T. Simmons (*pro hac vice* forthcoming)
HOGAN LOVELLS CADWALADER US LLP
1735 Market St., Twenty-third Floor
Philadelphia, PA 10017
Tel: 267-675-4600
Fax: 267-675-4601
andrew.simmons@hlc.com

*Counsel for Defendant Greystone Servicing Company LLC*

## CERTIFICATE OF SERVICE

I certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Due to the emergency nature of this action, a true and accurate copy of the foregoing is being served on the following via federal express (overnight) and electronic mail:

Ronald W. Taylor
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
RWTaylor@venable.com

/s/ *Jon M. Talotta*
Jon M. Talotta