# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| GREYSTONE SERVICING COMPANY LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:26-cv-02014 |
| CWCAPITAL ASSET MANAGEMENT LLC, DAVID KING, JASON PRICE, MARY ENGLISH, and GREG FREDERKING, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Greystone Servicing Company, LLC. ("Greystone") Emergency Motion for Temporary Restraining Order and Preliminary Injunction against Defendants CW Capital Asset Management, LLC ("CW") and David King (collectively, "Defendants")(the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that, during the pendency of this litigation, Defendants shall be:

1. MANDATED to, if not already accomplished, tender, within twenty-four (24) hours of the date of this Order, to Greystone a list of all electronic devices, including cell phones, tablets, computers (laptop or desktop), tablets, and storage devices, including personal electronic devices, whether they are utilized at Defendant King's residence, at CW, or elsewhere, upon which Defendant King performed any work for CW;

2. MANDATED to, if not already accomplished, tender, within twenty-four (24) hours of the date of this Order, to Greystone a list of all Greystone's customers or clients ("Restricted Contacts") with whom Defendant King, or any individual acting on his behalf, has contacted or otherwise communicated with since November 2025, including the date, time, manner, and substance of those contacts;

3. ENJOINED from soliciting or inducing, or attempting to solicit or induce, directly or indirectly, any of Greystone's employees, to end or alter his or her relationship with Greystone;

4. ENJOINED from soliciting or inducing, or attempting to solicit or induce, directly or indirectly, any Restricted Contact to end or alter his, her, or its relationship with Greystone;

5. ENJOINED from accessing, using, disclosing, modifying or deleting Greystone's confidential, proprietary, and/or trade-secret information in their possession, custody, or control; and

6. ENJOINED, with respect to Defendant King, from working for or on behalf of any Restricted Contacts with whom he had material contact during his employment with Greystone.

SO ORDERED THIS ____ DAY OF __________, 2026

_______________________________
United States District Judge