# EXHIBIT 1

## To Defendants' July 15, 2026 Memorandum in Opposition to Plaintiff's Motion for Expedited Discovery

Docusign Envelope ID: 6F3AED13-DE1E-8B8B-8379-F60EC2DF9292

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **GREYSTONE SERVICING COMPANY LLC,**<br><br>***Plaintiff,***<br><br>***v.***<br><br>**CWCAPITAL ASSET MANAGEMENT LLC, et al.,**<br><br>***Defendants.*** | **Case No.: 1:26-cv-02014** |

# DECLARATION OF QUINN BARTON

1. I, Quinn Barton, am the Head of CMBS and CRE Strategy at 400 Capital Management LLC ("400 Capital").

2. I am over 18 years of age.

3. I have personal knowledge of the facts set forth in this declaration and I am competent to testify to them.

4. In my role at 400 Capital, I am responsible for strategy development, investment sourcing, trade execution, and risk management for the CMBS and CRE sectors. In this capacity, I am responsible for decisions regarding the selection of special servicers.

5. 400 Capital has maintained a longstanding, continuing business relationship with CWCapital Asset Management LLC ("CW") for CMBS special servicing. I know David King. Mr. King used to be employed by CW. Then he was employed by Greystone. Now he is employed by CW. 400 Capital's relationship with CW predates Mr. King.

6. 400 Capital's relationship with CW is independent of any individual employee at CW.

7. Over the course of this relationship, 400 Capital and CW have worked on CMBS special servicing deals on a regular and ongoing basis.

8. 400 Capital's decision to work with CW is based on CW's capabilities—not on the presence or absence of any individual at CW.

9. 400 Capital's decision regarding engaging a special servicer is driven by business considerations.

10. 400 Capital's decision to move special servicing from Greystone to CW (and elsewhere) was unrelated to any Greystone employee moving from Greystone to CW.

11. Mr. King and Greg Frederking's employment status had no impact on 400 Capital's independent business judgment regarding what special servicer should be engaged for CMBS deals where 400 Capital is responsible for selecting the special servicer. The same is true for any other employees who left Greystone's employment for CW.

12. Throughout 2025 and 2026, 400 Capital moved deals from Greystone to multiple other companies, not just CW. Greystone was not targeted or diverted; it exercised its own independent business judgment to select its own service providers.

13. 400 Capital's assessment of Greystone and the decision to reallocate work elsewhere would have occurred regardless of King's or Frederking's employment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2026 in Florida.

Signed by:

[signature] 07-13-2026

223B7F8AA592415...

Quinn Barton

Docusign Envelope ID: 6F3AED13-DE1E-8B8B-8379-F60EC2DF9292

Head of CMBS and CRE Strategy
400 Capital Management LLC