# EXHIBIT 2

**To Defendants' July 15, 2026 Memorandum in Opposition to Plaintiff's Motion for Expedited Discovery**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **GREYSTONE SERVICING COMPANY LLC,**<br><br>***Plaintiff,***<br><br>***v.***<br><br>**CWCAPITAL ASSET MANAGEMENT LLC, et al.,**<br><br>***Defendants.*** | **Case No.: 1:26-cv-02014** |

**DECLARATION OF LYNDSAY STEPHENSON**

1. I, Lyndsay Stephenson, am a Managing Director of Prime Finance's CMBS Investments group and have been employed by Prime Finance for over ten years.

2. I am over 18 years of age.

3. I have personal knowledge of the facts set forth in this declaration and I am competent to testify to them.

4. In my role at Prime Finance, I am responsible for the sourcing and credit selection of new-issue CMBS B-pieces and the related management of business relationships and service partner selection.

5. Prime Finance has maintained a longstanding, continuing business relationship with CWCapital Asset Management LLC ("CW") for CMBS special servicing. Prime Finance first engaged CW in May, 2020, to perform due diligence services and act as special servicer on behalf of Prime Finance. Since May, 2020, Prime Finance has continued to engage CW on a regular and ongoing basis.

6. Through my role at Prime Finance, I became acquainted with David King. At the time of my introduction to Mr. King, he was employed by CW. Mr. King subsequently resigned from CW and became employed by Greystone. Mr. King then rejoined CW.

7. Prime Finance's long-standing relationship with CW pre-dates Prime Finance's dealings with Mr. King, and is independent of any individual employee at either CW or Greystone, including Mr. King.

8. Prime Finance's decision to work with CW is based on CW's capabilities—not on the presence or absence of any individual at CW.

9. Prime Finance's decision to engage a special servicer and/or move a special servicing assignment is a decision made by Prime Finance management based on Prime Finance's assessment of its business needs and the competitive landscape of the CMBS market.

10. Prime Finance, in the ordinary course of its business, moves special servicing assignments and has moved assignments from not just Greystone but also other special servicers to CW and others based upon its business judgment.

11. Throughout 2025 and 2026, Prime Finance's decision to move business from Greystone was unrelated to any Greystone employee moving to CW Capital.

12. Mr. King had no impact on Prime Finance's independent business judgment regarding which special servicer to engage for a particular transaction. The same is true for any other employees who were at CW or Greystone or who left Greystone's employment for CW—including Greg Frederking.

13. Prime Finance's assessment of Greystone were independent of, and the decision to move special servicing elsewhere would have occurred regardless of, Mr. King's or Mr. Frederking's employment at CW, Greystone, or anywhere else.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2006, at Larchmont, NY.

Lyndsay Stephenson
Managing Director at Prime Finance
Prime Finance