**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **GREYSTONE SERVICING COMPANY LLC,**<br><br>***Plaintiff,***<br><br>***v.***<br><br>**CWCAPITAL ASSET MANAGEMENT LLC, et al.,**<br><br>***Defendants.*** | **Case No.: 1:26-cv-02014** |

**DECLARATION OF MARY ENGLISH**

I, Mary English, hereby declare as follows:

1. I am over 18 years of age.

2. I am a Risk Manager at CWCapital Asset Management LLC ("CW").

3. I make this declaration based on my personal knowledge.

4. I am competent to testify as to all matters stated herein.

5. I submit this declaration in support of CW's Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

6. In or around 2007, I joined what is now Greystone Servicing Company LLC ("Greystone").

7. I began in Primary Servicing as an Insurance Specialist, before moving to the Special Servicing Division ("SSD") as an Insurance Specialist in or around 2013. I was promoted to the position of Risk Manager in or around 2020 during the acquisition of the SSD by Greystone.

8. I was employed at Greystone when it was called "C-III" and under the ownership

of Island Capital.

9. In or around 2025, I was still in my position as a Risk Manager in the SSD.

10. Greg Frederking was my manager in the SSD.

11. In or around 2025, Greystone was actively shopping the SSD to prospective businesses.

12. Island Capital was among the businesses interested in purchasing SSD.

13. I was not interested in the prospect of the SSD being once again under the ownership of Island Capital.

14. Since moving to the SSD in or around 2013, I never received a raise in my base salary aside from a standard cost of living increase. In 2020, after the acquisition of the SSD by Greystone, although I became the sole insurance Risk Manager, I received no change-in-title or increase in compensation.

15. Furthermore, in or around 2025, numerous personnel and key employees in the SSD left Greystone for other opportunities, including early retirements and departures to direct competitors of Greystone that did not include CW.

16. Based on these developments, I decided it was time to start looking for other opportunities outside of Greystone.

17. In or around August 2025, I began reaching out to other businesses for potential employment opportunities, including Prudential Financial, Inc. ("Prudential").

18. I exchanged phone calls and emails with Prudential concerning available positions and opportunities.

19. In or around January 2026, I received word from CW that a position was available for me.

20. The offer from CW was the first offer I had received during my search for a new position outside of Greystone.

21. On January 29, 2026, I chose to accept CW's offer of employment.

22. If I had not moved to CW, I still would have continued pursuing other employment opportunities—whether to go to Prudential or elsewhere.

23. Neither David King, Greg Frederking, nor Jason Price encouraged, caused, or contributed to my decision to leave Greystone.

24. During my time at Greystone, I never spoke with David King. Although I knew of him, we did not work directly with one another or otherwise communicate.

25. After moving to CW, Robin Kyle filled my prior position at the Greystone SSD. Although I was not required to, I communicated with Robin Kyle over the course of her transition into the role to assist her where needed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: July 20, 2026, at Irving, Texas

Mary English
Risk Manager
CWCapital Asset Management LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, a copy of the foregoing was served, via the Court's electronic filing system on:

Jon M. Talotta (VSB No. 44590)
Samuel W. Yergin (VSB No. 93862)
HOGAN LOVELLS CADWALADER US LLP
8350 Broad Street, 17th Floor
Tysons, VA 22102
Tel: 703-610-6100
Fax: 703-610-6200
jon.talotta@hlc.com
samuel.yergin@hlc.com

Michael E. DeLarco (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
390 Madison Ave.
New York, NY 10017
Tel: 212-918-3000
Fax: 212-918-3100
michael.delarco@hlc.com

Andrew T. Simmons (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
1735 Market St., Twenty-third Floor
Philadelphia, PA 19103
Tel: 267-675-4600
Fax: 267-675-4601
andrew.simmons@hlc.com

*Counsel for Plaintiff*

/s/ *Nicholas M. DePalma*
Nicholas M. DePalma (VSB No. 72886)
Taylor S. Chapman (VSB No. 81968)
Christian R. Schreiber (VSB No. 89544)
VENABLE LLP
1850 Towers Crescent Plaza, Suite 400
Tysons Corner, VA 22182
(703) 760-1600 (phone)
(703) 821-8949 (fax)
nmdepalma@venable.com
tschapman@venable.com
crschreiber@venable.com

*Counsel for Defendants*