**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| GREYSTONE SERVICING COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CWCAPITAL ASSET MANAGEMENT LLC, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-02014 AJT/IDD |

**ORDER**

This matter is before the Court on its August 17, 2026 Order [Dkt. No. 47] and the parties' Rule 26(f) Joint Proposed Discovery Plan [Dkt. No. 49] and Joint Expedited Discovery Plan for Plaintiff's Motion or Preliminary Injunction [Dkt. No. 51]. Upon consideration of these filings, it is hereby

ORDERED that the Court's August 17, 2026 Order [Dkt. No. 47] is **VACATED**. It is further

ORDERED that the parties shall file a revised joint discovery plan no later than August 28, 2026.

ENTERED this 27th day of August 2026.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia