**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| GREYSTONE SERVICING COMPANY LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:26-CV-02014-AJT-IDD |
| CWCAPITAL ASSET MANAGEMENT LLC, and DAVID KING, | ) | |
| Defendants. | ) | |

**WAIVER OF HEARING ON**
**JOINT MOTION TO AMEND EXPERT DISCLOSURES DEADLINES**

PLEASE TAKE NOTICE that Plaintiff Greystone Servicing Company LLC and Defendants CWCapital Asset Management LLC and David King hereby waive a hearing on their Joint Motion to Amend Expert Disclosure Deadlines, filed on October 15, 2026.

Date: October 15, 2026

*/s/ Jon M. Talotta*
Jon M. Talotta (VSB No. 44590)
Samuel W. Yergin (VSB No. 93862)
HOGAN LOVELLS CADWALADER US LLP
8350 Broad Street, 17th Floor
Tysons, VA 22102
Tel: 703-610-6100
Fax: 703-610-6200
jon.talotta@hlc.com
samuel.yergin@hlc.com

Michael E. DeLarco (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
390 Madison Ave.
New York, NY 10017

*/s/ Nicholas M. DePalma*
Nicholas M. DePalma (VSB No. 72886)
Taylor S. Chapman (VSB No. 81968)
Christian R. Schreiber (VSB No. 89544)
T.J. Gleason (VSB No. 99361)
VENABLE LLP
1850 Towers Crescent Plaza, Suite 400
Tysons, VA 22182
Tel: (703) 760-1600
Fax: (703) 821-8949
nmdepalma@venable.com
tschapman@venable.com
crschreiber@venable.com
tjgleason@venable.com

Tel: 212-918-3000
Fax: 212-918-3100
michael.delarco@hlc.com

Andrew T. Simmons (*pro hac vice*)
HOGAN LOVELLS CADWALADER US LLP
1735 Market St., 23rd Floor
Philadelphia, PA 19103
Tel: 267-675-4600
Fax: 267-675-4601
andrew.simmons@hlc.com

*Counsel for Plaintiff Greystone Servicing Company LLC*

*Counsel for Defendants CWCapital Asset Management LLC and David King*

*/s/ Isaac B. Rosenberg*
Isaac B. Rosenberg (VSB No. 77262)
FLUET & ASSOCIATES, PLLC
1751 Pinnacle Dr., Suite 1000
Tysons, VA 22102
Tel: (703) 590-1234
Fax: (703) 590-0366
irosenberg@fluet.law

*Counsel for Defendant David King*